IN THE

## SUPREME COURT OF JUDICATURE

OF THE

## STATE OF INDIANA,

AT CORYDON, JULY TERM, 1820, IN THE FIFTH YEAR OF THE STATE.

---

## CLINE *v.* GREEN.

A motion to quash an execution without notice, is irregular, and cannot be sustained.

The plaintiff is considered in Court whilst the suit is pending, but not after judgment is obtained.

ERROR to the *Dearborn* Circuit Court.—An execution issued in favour of *Cline* on a judgment against *Green*, whose property was thereupon taken and sold. Afterwards, this execution and the proceedings thereon, upon the motion of *Green*, and without any previous notice to *Cline*, were quashed by the Circuit Court, on the ground that the execution had issued without the order of the plaintiff.

*Tuesday, July 11.*

HOLMAN, J.—The grounds on which this motion was sustained are unimportant, inasmuch as a previous notice of the motion was indispensible. Every individual has an unquestionable right of being heard when his interest is jeopardised by legal proceedings; but unless he has notice of those proceedings, he has no opportunity of being heard. While a suit is depending the plaintiff is considered in Court, and ready to support his right; but when the judgment is obtained, judicial proceedings are at an end, and the plaintiff is considered in Court no longer. Every objection afterwards made to the manner in which

the judgment is executed, is, in legal intendment, made without his knowledge, unless he is specially notified thereof. There can, therefore, be no question but that the plaintiff should have had notice of the time when this motion was intended to have been made, that he might have been prepared to have defended himself against its effect.

*Per Curiam.*—The judgment quashing the execution and subsequent proceedings thereon, is reversed with costs.

*Lane,* for the plaintiff.